B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| IN RE:<br>JONATHAN MATTHEW KNIPPER<br>VALERIE BROOKE KNIPPER<br>A/K/A VALERIE BROOKE COCHRAN<br>DEBTORS | CASE NO. 19-29566<br>CHAPTER 13<br>JUDGE: JENNIE D. LATTA |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| United Security Financial Corp | United Security Financial Corp |
|:---:|:---:|
| Name of Transferee | Name of Transferor |

Name and Address where notices of transferee should be sent:

BSI Financial Services
314 S Franklin St., 2nd Floor
Titusville, PA 16354

Court Claim # (if known): 7
Amount of Claim: $258,401.44
Date Claim Filed: January 4, 2021

Phone: 866-581-4498
Last Four Digits of Acct #: 6093

Last Four Digits of Acct#: 6093

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services
P.O. Box 679002
Dallas, TX 75267

Phone: 866-581-4498
Last Four Digits of Acct #: 6093

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *Shilpini Burris*                                              Date: April 15, 2021
     Transferee/Transferee's Agent
     6 Cadillac Dr. Suite 140
     Brentwood, TN 37027
     Phone: 615-550-7697
     Fax: 615-550-8484
     Email: tnbkr@brockandscott.com

*Penalty for making a false statement:* Fine of up to $500,000.00 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on <u>April 15, 2021</u>, the following persons were served a copy of the Transfer Of Claim Other Than For Security in the manner described below:

<u>Via CM/ECF electronic notice</u>:

| | |
|---|---|
| ARTHUR E. RAY, ESQ.<br>6244 POPLAR AVE., STE 150<br>MEMPHIS, TN 38119-4733<br>bank@memphislaw.com<br>*Counsel for Debtor* | SYLVIA F. BROWN<br>200 JEFFERSON AVE. SUITE #1113<br>MEMPHIS, TN 38103<br>orders@ch13sfb.com*Chapter 13 Trustee* |

OFFICE OF THE U.S. TRUSTEE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 400
MEMPHIS, TN 38103
*US Trustee*

<u>Via First Class Mail</u>:

JONATHAN MATTHEW KNIPPER
5141 WELBOURNE CV
ARLINGTON, TN 38002-5055
*Debtor*

VALERIE BROOKE KNIPPER
5141 WELBOURNE CV
ARLINGTON, TN 38002-5055
*Debtor*

                                                */s/ Shilpini Burris*
                                                Shilpini Burris

# Exhibit "A"

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

03-05-2021

Sent via First Class Mail

Old Account Number: ▮▮▮▮▮▮▮▮

Account Number: ▮▮▮▮▮▮▮▮
Property Address: 5141 WELBOURNE CV
ARLINGTON TN 38002

JONATHAN B KNIPPER
VALERIE B KNIPPER
5141 WELBOURNE CV
ARLINGTON TN 38002

# NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, effective 03-02-2021. The transfer of servicing does not affect any term or condition or the mortgage loan other than terms directly related to the servicing of the loan.

## WHAT THIS MEANS FOR YOU

After this date, BSI Financial Services will be collecting your mortgage loan payments from you. As referenced above, your loan number may have changed; however, nothing else about your mortgage loan will change.

ROUNDPOINT MORTGAGE SERVICING, your prior servicer, was collecting your payments. ROUNDPOINT MORTGAGE SERVICING will not accept any payments received by you after the day preceding 03-02-2021, at which point BSI Financial Services, as your new servicer, will start accepting payments received from you going forward.

**Customers can send all payments due on or after 03-02-2021, to BSI Financial Services at this address:**

**Via First Class Mail**
BSI Financial Services
PO Box 679002
Dallas, TX  75267-9002

**Via Priority or Overnight Mail**
BSI Financial Services
Lockbox Number 679002
1200 E. Campbell Rd. Ste. 108
Richardson, TX  75081

If you have any questions for either your prior servicer, ROUNDPOINT MORTGAGE SERVICING, or your new servicer, BSI Financial Services, about your mortgage loan or this transfer, please contact them using the information below:

**Prior Servicer**
ROUNDPOINT MORTGAGE SERVICING
Customer Care
PO BOX 19409
CHARLOTTE NC 28219
877-426-8805

**New Servicer**
BSI Financial Services
Customer Care
314 S Franklin St, 2nd Floor
Titusville, PA 16354
800-327-7861

**Under Federal law, during the 60-day period beginning on the effective date of the transfer of the loan, a loan payment received by your old servicer on or before its due date (including any grace period allowed under the mortgage loan instruments) may not be treated by the new servicer as late, and a late fee may not be imposed on you.**

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # ▮▮▮▮▮
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**Automatic Withdrawal Customers:** If your payments are currently set for automatic withdrawal from your checking or savings account, ROUNDPOINT MORTGAGE SERVICING will discontinue the auto-withdrawal service on 03-01-2021.

**Next Steps:** Please be sure to send a check to BSI Financial Services for your next payment along with the enclosed temporary coupon. If you would like to continue having your payments automatically withdrawn, BSI Financial Services would be happy to set you up on our Automatic Withdrawal Program (ACH). Please complete the attached Automatic Clearing House (ACH) Application and return to BSI Financial Services via fax or mail as outlined in the application. If you need assistance in completing the application, please contact our Customer Care department at 800-327-7861.

You will be receiving a monthly statement in the mail from BSI Financial Services. The following payment options are available to make your mortgage payment: regular mail, expedited or overnight mail such as UPS or FedEx at the addresses provided above; complete the attached Automatic Clearinghouse Application to participate in ACH weekly, bi-weekly, or monthly; schedule a one-time or recurring payment via https://myloanweb.com/BSI; Pay by Phone by calling 800-327-7861; and, and Western Union using the city code "BSI" and the state "PA".

We look forward to servicing your loan.  Please contact us at 800-327-7861 with any questions or concerns.

Sincerely,
Customer Care Department
BSI Financial Services
NMLS # ▓▓▓▓▓; # ▓▓▓▓▓

* This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may not affect your insurance because we do not service mortgage life or disability premiums. However, if you wish to retain optional insurance, we would suggest that you contact your current optional product service provider.

### Qualified Written Request - Notice of Error or Information Request

Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan which identifies your name, account number, and the specific reasons for the request, such as an error on your loan account or a request for information.  Any qualified written request you wish to submit must be sent to:

BSI Financial Services
Attn: Qualified Written Requests
314 S Franklin Street / Second Floor
Titusville, PA 16354

**Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS #** ▓▓▓▓▓
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.