**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jonathan Brooke Knipper |
| Debtor 2 (Spouse, if filing) | Valerie Brooke Knipper; aka Valerie Brooke Cochran |
| United States Bankruptcy Court for the: | Western District of Tennessee |
| Case number | 19-29566 |

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** United Security Financial Corp

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 0 9 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2022

**New total payment:**
Principal, interest, and escrow, if any: $ 1,602.97

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 2.375 %     New interest rate: 3.250 %
   Current principal and interest payment: $ 1,041.77     New principal and interest payment: $ 1,151.19

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

| Debtor 1 | Jonathan Matthew Knipper | Case number (if known) | 19-29566 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile
Signature

Date 04/04/2022

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone: 513-444-4100

Email: bankruptcy@sottileandbarile.com



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

February 19, 2022

JONATHAN M KNIPPER
VALERIE B KNIPPER
5141 WELBOURNE CV
ARLINGTON TN 38002

Property Address: 5141 WELBOURNE CV
ARLINGTON TN 38002

Dear JONATHAN M KNIPPER:
VALERIE B KNIPPER:

**Changes to Your Mortgage Interest Rate and Payments on 04/01/22**

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 012 month(s) period during which your interest rate stayed the same. That period ends on *04/01/22*, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every *12* month(s) for the rest of your loan term.**

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 2.37500% | 3.25000% |
| Principal | $ 557.73 | $ 496.40 |
| Interest | $ 484.04 | $ 654.79 |
| Escrow (Taxes and Insurance) | $ 451.78 | $ 451.78 |
| **Total Monthly Payment** | $ 1,493.55 | $ 1,602.97 due May 1, 2022 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index

**Licensed as Servis One, Inc. dba BSI Financial Services**.
BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



**BSI Financial Services**
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

rate is 0.98000% and your margin is 2.25000%. The 1 YEAR TREASURY is published Weekly in FEDERAL RESERVE.

**Rate Limit(s):** Your rate cannot go higher than 7.25000% over the life of the loan. Your rate can change each 012 months by no more than 1.00000%. We did not include an additional 0.00000% interest rate increase to your new rate because a rate limit applied. This additional increase may be applied to your interest rate when it adjusts again on 00/00/00.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the 1 YEAR TREASURY, your margin, 2.25000% your loan balance of $ 241767.50, and your remaining loan term of 311 months.

**Prepayment Penalty:** None

**If You Anticipate Problems Making Your Payments:**
- Contact the Customer Care Department at 1-1800-327-7861 as soon as possible.
- If you seek an alternative to upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
  - Refinance your loan.
  - Sell your home and use the proceeds to pay off your current loan.
  - Modify your loan terms with investor.
  - Payment forbearance temporarily gives you more time to pay your monthly payment.
- If you would like contact information for counseling agencies or program in your area, call the U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or the U. S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov . If you would like to contact information for state housing finance agency, contact U.S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp.

Should you have any questions regarding this notice, please reach out to CHAD WILLIAMS, you Single Point of Contact for this loan, at 1-866-949-0136.

BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA 16354
NMLS # 38078; # 842052

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation

**Licensed as Servis One, Inc. dba BSI Financial Services**.
BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**BSI Financial Services**
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

GR-2003-07242017_CA08082014

**Licensed as Servis One, Inc. dba BSI Financial Services**.
 BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Page **3** of 3

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-29566 |
| Jonathan Matthew Knipper | |
| Valerie Brooke Knipper | Chapter 13 |
| *aka* Valerie Brooke Cochran | |
| Debtors. | Judge Jennie D. Latta |

## CERTIFICATE OF SERVICE

I certify that on April 4, 2022, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Arthur E. Ray, Jr., Debtors' Counsel
    bank@memphislaw.com

    Sylvia F. Brown, Chapter 13 Trustee
    ecf@ch13sfb.com

    Office of the United States Trustee
    ustpregion08.me.ecf@usdoj.gov

I further certify that on April 4, 2022, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jonathan Matthew Knipper, Debtor
    Valerie Brooke Knipper, Debtor
    5141 Welbourne Cove
    Arlington, TN 38002

| | |
|---|---|
| Dated: April 4, 2022 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |